## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Laury I. Gust,

      Plaintiff,

v.

Michael J. Astrue, Commissioner of Social
Security,

      Defendant.

Civ. No. 08-1080 (MJD/JJK)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Jeffrey J. Keyes dated January 21, 2009.  No objections

have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of

the files, records, and proceedings herein, the Court now makes and enters the following

Order.

      **IT IS HEREBY ORDERED** that:

      1.    Plaintiff's Complaint (Doc. No. 1) be **DISMISSED WITHOUT**

**PREJUDICE**.

Date:  February 17, 2009

*s/Michael J. Davis*
MICHAEL J. DAVIS
Chief Judge - United States District Court